> The motion is DENIED. Defendant Zhang has been set for an initial appearance "without unnecessary delay" and at the earliest time that the Court could secure a certified interpreter. Fed. R. Crim. P. 5(a)(1)(A). Counsel's belief that "this situation has been manipulated by either the United State[s] Attorney's Office or HSI" is unfounded.
>
> */s/ Alistair Newbern*
> Alistair P. Newbern
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**XU ZHANG** | Docket: 3:19-MJ-4307 |

### DEFENDANT'S EMERGENCY MOTION TO BE RELEASED FROM UNITED STATES MARSHAL'S CUSTODY

Defendant, Xu Zhang, by and through undersigned counsel, Jennifer Lynn Thompson, respectfully moves this Honorable Court to release Defendant from Custody of United States Marshal.

For cause, Mr. Zhang would show that he was released from detention by this Court on Monday afternoon, November 18, 2019. At that time, he was taken into Immigration Custody. On Wednesday, November 20, 2019, Homeland Security lifted the immigration hold they had on Mr. Zhang. He was also indicted on that same day. The Department of Homeland Security took over two hours to release Mr. Zhang from their facility, presumably slow-walking the release, waiting on an arrest warrant from the indictment. When Mr. Zhang was finally released, Counsel drove him from the ICE facility to Pretrial Services to report as ordered by the Court. At that time, it was after 4:30 and the Marshal Service was not open and not processing persons on new arrest warrants. Mr. Zhang was taken into custody by the U.S. Marshals again at the direction of the United States Attorney's Office and the arrest warrant they filed, pending an initial appearance on the indictment.

Today, Counsel was told that there may not be an initial appearance and the case may be continued to tomorrow. Counsel believes that this situation has been manipulated by either the United State Attorney's Office or HSI. Counsel now moves this Court to Release Mr. Zhang from custody to return to Court on Friday at 2:00 p.m. for an initial appearance. It is unfair to insist on an interpreter for an initial appearance at the cost of Mr. Zhang having to spend an additional, unnecessary night in jail.

Respectfully submitted,

s/Jennifer Lynn Thompson
Jennifer Lynn Thompson
Tenn. BPR 18250
Attorney for Xu Zhang
810 Broadway, Suite 305
(615) 601-2484 office
(615) 246-4111 fax
nashvilleattorney@gmail.com