# AFFIDIVIT OF JENNIFER THOMPSON

IN THE STATE OF TENNESSEE
IN THE COUNTY OF DAVIDSON

I, Jennifer Thompson, after having been duly sworn in accordance with the law, state as follows:

1. My name is Jennifer Lynn Thompson.
2. I am the attorney for Xu Zhang.
3. I have been researching WeChat and speaking with my client.
4. The information in the Motion is true and correct to the best of my abilities.

Further the affiant saith not.

_____    12/18/19
Jennifer Lynn Thompson        Date

The above, with whom I am personally acquainted, appeared before me, the undersigned, in and for said State and County, and acknowledges she executed the foregoing instrument for the purpose therein contained as her free act and deed.

Signed and sworn before me this 18th day of December, 2019.

_____
Notary Public, State of Tennessee

My Commission Expires: 02/28/2023

*[Notary Seal: KRISTEN B ROSS, STATE OF TENNESSEE NOTARY PUBLIC, ROBERTSON COUNTY]*